## Murray, Appellant, *v.* Battaglia Trucking Company.

Argued September 12, 1972. *Fred T. Cadmus, III,* with him *Cadmus, Good and Patten Associates,* for appellant; *Robert S. Gawthrop,* with him *Gawthrop & Greenwood,* for appellees.

Judgment affirmed.

## Travelers Indemnity Company, Appellant, *v.* Maloney.

Argued September 18, 1972. *Robert J. Murphy,* with him *Murphy, Murphy, Murphy,* for appellant; *Andrew F. Napoli,* for appellee.

Order affirmed.